An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

EDUARDO TORRES RIOS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61881

FILED

APR 0 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of robbery. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

Appellant Eduardo Torres Rios contends that the district court abused its discretion by imposing an excessive and disproportionate sentence amounting to cruel and unusual punishment. We disagree. This court will not disturb a district court's sentencing determination absent an abuse of discretion. See Parrish v. State, 116 Nev. 982, 989, 12 P.3d 953, 957 (2000). Rios' prison term of 40-180 months falls within the parameters provided by the relevant statute, see NRS 200.380(2) (category B felony punishable by a prison term of 2-15 years), and the sentence imposed is not so unreasonably disproportionate to the gravity of the offense as to shock the conscience, see Culverson v. State, 95 Nev. 433, 435, 596 P.2d 220, 221-22 (1979); see also Harmelin v. Michigan, 501 U.S.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10360

957, 1000-01 (1991) (plurality opinion). We conclude that the district court did not abuse its discretion at sentencing, and we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:  Hon. Scott N. Freeman, District Judge
     Fry & Berning, LLC
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk